UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:00-CR-64 |
| | ) | |
| MACK ARTHUR ATKINS | ) | |

**O R D E R**

On March 7, 2005, the Court continued the revocation hearing for this defendant to August 15, 2005, and took the petition to revoke this defendant's supervised release under advisement. The defendant is now in full compliance with the terms of his supervised release. Accordingly, it is hereby **ORDERED** that the petition to revoke this defendant's supervised release is **DISMISSED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE